**Bertha HARRIS**

v.

**STATE/DEPT. OF COMMUNITY ACTION.**

**No. 85–393–M.P.**

Supreme Court of Rhode Island.
Oct. 16, 1985.

Raul L. Lovett, Marc B. Gursky, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for petitioner.

Arlene Violet, Atty. Gen., Richard B. Woolley, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.